U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 0 8 2023
TONY R. MOORE, CLERK
BY:
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: ATTORNEYS OF
MCCLENNY MOSELEY & ASSOCIATES
PLLC

CASE NO. 3:23-MC-0062

JUDGE TERRY A. DOUGHTY

## ORDER

On March 3, 2023, a "Memorandum Order" was issued by this Court suspending attorneys from McClenny Moseley & Associates PLLC ("MMA") for ninety days for misconduct in the United States District Court, Western District of Louisiana. The time frame for these suspensions has expired but this Court continues to find that the suspensions of the MMA attorneys are necessary to protect the interest of clients in the Western District of Louisiana. Therefore, in accordance with **LR83.2.10(B)(3)** and the unanimous vote of the Article III judges of the Western District of Louisiana, this court extends the suspensions previously imposed on MMA attorneys.

This Court gives notice to the attorneys of MMA that they may individually request a hearing on these suspensions within 15 days of this Order. Any attorney who does not seek a hearing within the time frame will be deemed to have waived that right and the extended suspensions are effective as of the date of this Order.

Accordingly,

**IT IS ORDERED** that notice is given to the following attorneys from McClenny Moseley & Associates PLLC extending previously imposed suspensions from the practice of law in the United States District Court, Western District of Louisiana, as follows:

- John Moseley, LAWD Temporary Id No. 917563, suspended one (1) year;
- R. William Huye, III, Louisiana Bar No. 38282, suspended one (1) year;

- Cameron Sean Snowden, Louisiana Bar No. 35333, suspended nine (9) months;
- Claude Favrot Reynaud, III, Louisiana Bar No. 31534, suspended nine (9) months;
- Grant P. Gardiner, Louisiana Bar No. 39888, suspended six (6) months; and
- James McClenny, LAWD Temporary Id No. 917564, suspended six (6) months.

**IT IS FURTHER ORDERED** the attorneys listed above from McClenny Moseley & Associates PLLC are given **15 days from the date of this Order** to seek an opportunity to be heard regarding these suspensions. Any attorney who does not seek an opportunity to be heard regarding the extension of the suspensions, will be deemed to have waived that right and the suspensions are effective as of the date of this Order.

**THUS DONE AND SIGNED** in Chambers on this ___8th___ day of June, 2023.

_____
TERRY A. DOUGHTY, CHIEF JUDGE
UNITED STATES DISTRICT COURT