UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: MCCLENNY MOSELEY & ASSOCIATES P L L C** | **CASE NO. 3:23-MC-00062** |
| | **JUDGE TERRY A. DOUGHTY** |

### ORDER

Hearings are set before the Honorable James D. Cain, Jr. on August 8, 2023, regarding the suspension imposed by this court on attorneys associated with McClenny, Moseley & Associates, PLLC ("MMA"). Before considering any modification of the suspension, however, the undersigned wishes to understand more about the state of the firm's IOLTA account. Additionally, MMA has directed clients to call the court with cases regarding their files, and additional questions have arisen regarding potential misconduct. Accordingly, **IT IS ORDERED** that attorneys James McClenny, John Zachary Moseley, Cameron S. Snowden, Claude F. Reynaud III, and Grant P. Gardiner provide the following to the court on or before **August 1, 2023**:

1. Provide the name of the bank, location and account number of the client trust account(s) where any of the MMA Louisiana licensed attorneys deposited client settlement funds for the storm damage claims originating in Louisiana.

2. In connection with the bank account identified in #1 above, provide the full name, address, telephone number, job title, and email address of all persons having signature authority on the account.

3. As to each Louisiana storm damage client whose settlement funds are or were deposited in an out of state client trust account, provide the manner of consent given by the client to have their funds handled in this manner.

4. Provide a full listing of all Louisiana storm damage clients whose settlement funds were deposited into the client trust account(s) identified in #1 above and for each client identified:
   a) Provide any written authorization permitting the MMA Louisiana licensed attorneys to deposit client settlement funds to an out of state client trust account. If no authorizations exist, so indicate.
   b) Provide a listing of the gross settlement amounts received by the MMA Louisiana licensed attorneys for each client represented, and the name of the party/defendant from whom the settlement amounts were received.

5. Provide a full listing of all Louisiana storm damage clients whose settlement funds were deposited into the client trust account(s) identified in #1 above but where there has not yet been a full disbursement of those funds to the parties entitled to receive the proceeds. As to each client identified:
   a) Provide a copy of any disbursement sheet used to calculate any proposed distribution.
   b) Provide account statements or proof that the undistributed funds remain in the client trust account(s) identified in #1 above.
   c) Where there has been no distribution of net settlement proceeds to a Louisiana storm damage client, provide certification that none of the gross settlement funds have been distributed to or for the benefit of the MMA law firm, any attorney now or formerly affiliated with MMA, or third party.

6. Provide a full listing of all Louisiana storm damage clients for whom uncashed checks for settlement funds are currently being held. As to each client identified:
   a) Produce a copy of the uncashed check.
   b) Provide an explanation for why the check has not been cashed and the funds disbursed.
   c) Provide an estimated date for disbursement of the funds.

7. Provide a specific explanation as to the status of the following cases, including whether any settlement funds are being withheld:
   a) Amanda Hester
   b) Rayfield Pickney
   c) Wanda Alexander
   d) Ernestine Mack

e) Aaron Sonnier
f) Wilda Marshall
g) Paul Scott
h) Michael Richard
i) Cornelius Hill

**THUS DONE AND SIGNED** in Chambers on the 7th day of July, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE