**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**
**(Held in Lake Charles)**

| | |
|---|---|
| **IN RE: MCCLENNY MOSELEY & ASSOCIATES P L L C** | **CASE NO. 3:23-MC-00062** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |

**MINUTES OF COURT:**
**Miscellaneous Hearing**

| | | | |
|---|---|---|---|
| Date: | 08/08/23 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 2:32 PM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 3:13 PM | Court Reporter: | D D Juranka |
| Statistical Time: | :41 | Courtroom: | CR4 |

**APPEARANCES**

| | | |
|---|---|---|
| John Moseley   (RET) | For | J Zachary Moseley, Respondent |

**PROCEEDINGS**

A Miscellaneous hearing was set in this matter on [12] MOTION for Hearing re 2 Order Adopting Attorney Disciplinary Action, by J Zachary Moseley.

A separate order will be prepared addressing Orders of the court as to Mr. Moseley.

After hearing argument, and witness testimony, this matter was taken under advisement.