## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **IN RE: MCCLENNY MOSELEY & ASSOCIATES P L L C** | **CASE NO. 3:23-MC-00062** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |

## ORDER

The Court held several hearings on August 8, 2023, regarding the appeals of the temporary suspensions that were extended, of attorneys for the McClenny, Moseley & Associates law firm ("MMA"), namely, Cameron Snowden, Grant Gardiner, Claude Reynaud, III, and John "Zach" Moseley.

**IT IS ORDERED** that within 7 days of the date of this Order, Mr. Moseley on behalf of the MMA law firm, move all monies/funds of all Louisiana clients to a Louisiana IOLTA trust account in the state of Louisiana, and registered with the Louisiana State Bar and Office of Disciplinary Counsel.

**IT IS FURTHER ORDERED** that Mr. Moseley produce the complete detailed bank account statements of Veritex Community Bank (Account Number XXXXXX9407), beginning May of 2023 through the present, and Oakwood Community Bank, beginning September 2022 through May 2023, and copies of the 22 checks ($1,360,111.03) debited from the Veritex Community Bank checking account reflected on the 6/01/23 thru 7/02/23 bank statement no later than 7 days of this Order.

**IT IS FURTHER ORDERED** that Mr. Moseley physically deliver possession of every original undeposited check for Hurricane claims for Louisiana clients to the Lake Charles Federal Courthouse no later than noon on Friday, August 11, 2023.(provided to the Court in Exhibits H1 and H2).

**IT IS FURTHER ORDERED** that Mr. Moseley locate Aaron Sonnier's $75,000 settlement funds, disburse those funds clear of any withholdings, and distribute the remaining portion to Mr. Sonnier no later than 14 days from the date of this Order. Mr. Moseley is to provide a written confirmation that the funds have been disbursed.

**THUS DONE AND SIGNED** on this 8th day of August, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**