**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| CSC |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |
| Corporation Service Company |
| 251 LITTLE FALLS DRIVE |
| Wilmington, DE 19808 |
| USA |

**FILING NUMBER:** 21-0044998138
**FILING DATE:** 10/12/2021    04:28 PM
**DOCUMENT NUMBER:** 1085806720001
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |
| --- |
| McClenny Moseley & Associates, PLLC |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 1415 Louisiana Street, Suite 2900 | Houston | TX | 77002 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |
| --- |
| |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
| --- |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| PO BOX 2576 uccsprep@cscinfo.com | SPRINGFIELD | IL | 62708 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets, with exception of Accounts Receivable, of the Debtor, whether now owned or hereafter acquired and wherever located, including, but not limited to, all accounts, general intangibles, equipment, inventory, fixtures, receipts, revenue, income, rents, and royalties. "Accounts Receivable" are defined as "the reimbursable expenses of the Borrower from the legal matters it is handling."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[219910906]

FILING OFFICE COPY

**Exhibit F**

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



Jane Nelson
Secretary of State

## Office of the Secretary of State

May 16, 2023
Page 1 of 1

Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808 -

Filing Fee: $15.00

Total Filing Fee: $15.00

Re: **Texas UCC Amendment Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Amendment Filing Number: **23-00205792**     Initial Filing Number: **21-0044998138**

Filing Date: **05/10/2023**     Filing Time: **5:00 p.m.**     Lapse Date: **10/12/2026**

Document Number: **1245541640007**

Amendment Type: **Party Information Change**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **MMA LAW FIRM, PLLC** |

**1415 LOUISIANA STREET, SUITE 2900, HOUSTON, TX, USA, 77002**

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.
User ID:    DGRIFFIN

*Come visit us on the Internet @ https://www.sos.texas.gov/*

Phone: 512-475-2703     Fax: 512-475-2812     Dial: 7-1-1 for Relay Services

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
2551 15959
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Texas (S.O.S.)

23-00205792
05/10/2023 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
1245541640007

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
21-0044998138 10/12/2021

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☑ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME:** McClenny Moseley & Associates, PLLC

OR **6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7. CHANGED OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME:** MMA Law Firm, PLLC

OR **7b. INDIVIDUAL'S SURNAME** | **INDIVIDUAL'S FIRST PERSONAL NAME** | **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7c. MAILING ADDRESS:** 1415 Louisiana Street, Suite 2900 | **CITY:** Houston | **STATE:** TX | **POSTAL CODE:** 77002 | **COUNTRY:** USA

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
All assets and personal property of Debtor, now owed or hereafter acquired, including but not limited to, all equipment, inventory, documents, accounts, instruments, chattel paper and general intangibles, together with all proceeds and products thereof, wherever located.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
**9a. ORGANIZATION'S NAME:** CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

OR **9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA:**
2551 15959

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)