

From: Jean Frizzell
Sent: Tuesday, August 15, 2023 3:40 PM
To: 'toni_petrofes@lawd.uscourts.gov' <toni_petrofes@lawd.uscourts.gov<mailto:toni_petrofes@lawd.uscourts.gov>>
Subject: IN RE McCLENNY MOSELEY & CASE NO. 3:23-MC-00062

Dear Ms. Petrofes: Thank you for speaking with me earlier today.

As I mentioned, I was recently hired by Mr. McClenny to substitute in and represent him in the various matters filed in Texas. I have not substituted into the Texas matters yet, but anticipate doing so shortly.

I am not authorized to practice law in Louisiana and have obviously not been admitted pro hac vice in the above referenced case. I only submit this email in order to assist Mr. McClenny in complying with the Court's order. If the Court deems this communication inappropriate, I apologize. However, I believed it imperative to provide the Court with the requested materials.

Mr. McClenny's Louisiana ethics counsel has withdrawn, and Mr. McClenny is actively seeking Louisiana counsel to serve as his lawyer in the present case and any other matters in Louisiana.

I understand that Judge Cain ordered the production of certain materials during the July 25th hearing. I have attached those materials and am requesting that the Court treat them temporarily as being submitted in camera.

The first attachment is the Separation Agreement.

The next ten consist of the March 10, 2022 loan documents that Mr. McClenny had in his possession. Section 1.18 of the Amended and Restated Loan Agreement contains a confidentiality agreement. The lender has notified Mr. McClenny that it would like the financing documents filed under seal.

I have not seen a stand-alone Guaranty, but Section 9 of Amended and Restated Loan Agreement contains Mr. McClenny's guarantee.

In addition, I obtained an additional loan agreement dated June 10, 2022 with EAJF ESQ Fund LP that I have also attached. The Guaranty language is found in Section 9.

Mr. McClenny is actively seeking out Louisiana counsel. I anticipate that such counsel will file a motion to file the loan documents (or some portion of them) under seal in order to comply with the Lender's request.

Again, thank you for speaking with me earlier today. I appreciate the Court's consideration of the request to maintain the documents in camera for a short period of time pending Louisiana counsel addressing the issue.

If you have any questions, please do not hesitate to contact me.

Thank you again.

Jean C. Frizzell
Reynolds Frizzell LLP
1100 Louisiana, Suite 3500
Houston, TX 77027
(832)228-6843

Confidentiality Statement: This e-mail contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please delete it from your computer system. Your assistance in correcting this error is appreciated.

**Exhibit H**