UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MCCLENNY MOSELEY & ASSOCIATES PLLC | * CASE NO.: 3:23-MC-00062<br>*<br>* JUDGE JAMES D. CAIN, JR. |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**O R D E R**

Considering the motion of Equal Access Justice Fund, LP ("EAJF") and EAJF ESQ Fund LP ("ESQ") for leave to intervene in this matter;

**IT IS HEREBY ORDERED** that EAJF and ESQ's motion is **GRANTED.** EAJF and ESQ shall be permitted to intervene in this matter.

**IT IS FURTHER ORDERED** that EAJF and ESQ's proposed Complaint in Intervention, attached to their motion for leave to intervene, shall be filed into the record.

Lake Charles, Louisiana, this _____ day of _____, 2023.

_____
HON. JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE
