UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| MCCLENNY MOSELEY & ASSOCIATES | * | CASE  NO: 3:23-MC-00062 |
| | * | |
| | * | JUDGE JAMES D. CAIN, JR. |

*******************************************************************************

### EX PARTE MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, comes the defendant, JAMES MCCLENNY, Individually, who moves this Court to allow J. Garrison Jordan (LA Bar # 20240), Elsbet C. Smith (LA Bar # 31326), and William Macaluso (LA Bar # 38043) of the firm of CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP, to be enrolled as counsel of record for the defendant herein, James McClenny, individually.

Respectfully submitted this 15th day of September, 2023.

**CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP**

*/s/ J. Garrison Jordan*

_____
**J. GARRISON JORDAN, # 20240**
**ELSBET C. SMITH, # 31326**
**WILLIAM MACALUSO, # 38043**
111 NORTH OAK STREET, SUITE 200
HAMMOND, LA  70401
TELEPHONE:  (985) 269-7220
FACSIMILE:  (985) 269-7244
EMAIL:  jgj@chehardy.com
             ecs@chehardy.com
             wmacaluso@chehardy.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| MCCLENNY MOSELEY & ASSOCIATES | * | CASE   NO: 3:23-MC-00062 |
| | * | |
| | * | JUDGE JAMES D. CAIN, JR. |

*******************************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the electronic filing procedures of United States District Courts, this document has been electronically filed.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system.  Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, this 15th day of September, 2023.

Respectfully submitted this 15th day of September, 2023.

CHEHARDY, SHERMAN, WILLIAMS,
RECILE, & HAYES, LLP

*/s/  J. Garrison Jordan*
_____
**J. GARRISON JORDAN, # 20240**
**ELSBET C. SMITH, # 31326**
**WILLIAM MACALUSO, # 38043**
111 NORTH OAK STREET, SUITE 200
HAMMOND, LA  70401
TELEPHONE:  (985) 269-7220
FACSIMILE:  (985) 269-7244
EMAIL:  jgj@chehardy.com
              ecs@chehardy.com
              wmacaluso@chehardy.com