UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: MCCLENNY MOSELEY &          CASE NO.  3:23-MC-00062
ASSOCIATES P L L C

VERSUS                                                JUDGE JAMES D. CAIN, JR.

**ORDER**

Before the Court is a "Motion and Incorporated Memorandum in Support for Leave to Intervene" (Doc. 39), filed by the Equal Access Justice Fund, LP ("EAJF") and EAJF ESQ Fund LP (collectively referred to as "Lenders").  Also, before the Court is an "Ex Parte Motion for Expedited Consideration" (Doc. 40) and an "*Ex Parte* Motion for Telephone Status Conference" (Doc. 42) file by the Lenders.

This matter involves the McClenny Moseley & Associates, PLLC law firm ("MMA") and its representation of numerous clients in Louisiana whose property was allegedly damaged by Hurricanes Laura, Delta, and Ida.

On August 22, 2023, the undersigned ordered that due to MMA's illegal and unethical conduct, MMA was not entitled to any attorney fees, costs and/or expenses either pending in this Court or in a list of cases, which the Court attached to its Order.[1]

Lenders have filed the instant Motion to Intervene suggesting that they have an interest in any proceeds that MMA would potentially have been entitled. This Court opined

---

[1] Doc. 37.

that MMA's conduct in these cases, included an abrogation of their responsibility and duties to Louisiana clients, and MMA failed to deposit client funds into a properly registered IOLTA trust account in the State of Louisiana. Additionally, attorneys James McClenny and Zach Moseley are not and were not licensed to practice law or admitted to practice law in the state of Louisiana. Therefore, the Court determined that MMA would not be entitled to any fees for ill-begotten gain due to their unethical and illegal behavior.

Lenders entered into loan agreements with the MMA firm and its attorneys. Additionally, the Lenders rights under the personal guarantees have not been affected by the Court's decision to deny the Motion to Intervene. As such,

**IT IS ORDERED** that the Motion and Incorporated Memorandum in Support for Leave to Intervene (Doc. 39), filed by the Equal Access Justice Fund, LP ("EAJF") and EAJF ESQ Fund LP is **DENIED.**

**IT IS FURTHER ORDERED** that the "Ex Parte Motion for Expedited Consideration" (Doc. 40) and the "*Ex Parte* Motion for Telephone Status Conference" (Doc. 42) are **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 19th day of September, 2023.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**