UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | |
| MCCLENNY MOSELEY & ASSOCIATES | * | CASE NO: 3:23-MC-00062 |
| | * | |
| | * | JUDGE JAMES D. CAIN, JR. |

*******************************************************************************

# ORDER ON MOTION TO ENROLL

**UPON CONSIDERING** the foregoing *Ex Parte* Motion to Enroll filed by the defendant, James McClenny:

**IT IS HEREBY ORDERED** that J. Garrison Jordan (LA Bar # 20240), Elsbet C. Smith (LA Bar # 31326), and William Macaluso (LA Bar # 38043) of the firm of CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP are permitted to be and shall be enrolled as counsel of record for the defendant James McClenny, individually, in this matter.

THUS DONE AND SIGNED in Chambers this 20th day of September, 2023.

_____
**HONORABLE JAMES D. CAIN, JR.**
**JUDGE, UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**