UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: ATTORNEYS OF MCCLENNY MOSELEY & ASSOCIATES, PLLC | § § § § § § | CASE NO 3:23-MC-0062<br><br>JUDGE JAMES D. CAIN, JR. |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, through undersigned counsel, that Respondent Claude F. Reynaud, III, appeals to the United States Court of Appeals for the Fifth Circuit from a final Ruling entered in the captioned miscellaneous action on August 24, 2023 (District Court Record Document No. 38), signed by the United States District Judge James D. Cain, Jr., for the Western District of Louisiana, together with all prior orders and rulings which produced the August 24, 2023 Ruling.

This Notice of Appeal is for all purposes permitted by law and is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

New Orleans, Louisiana, this 22nd day of September 2023.

Respectfully Submitted,

THE GALANTE LITIGATION GROUP, LLC

*/s/ William M. Ross*
WILLIAM M. ROSS (#27064)
SCOTT M. GALANTE, T.A. (#26890)
816 Cadiz Street
New Orleans, Louisiana 70115
Phone: 504-452-8347
scott@galantelitigation.com
billy@galantelitigation.com

*Attorneys for Claude F. Reynaud, III*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/William M. Ross
WILLIAM M. ROSS
