UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | MISCELLANEOUS CASE |
| MCCLENNY MOSELEY & ASSOCIATES PLLC | * | NO. 3:23-MC-00062 |
| | * | JUDGE JAMES D. CAIN, JR. |

**ORDER**

Considering the foregoing Motion to Enroll as Counsel,

**IT IS HEREBY ORDERED** that William P. Gibbens, Gwyneth A. O'Neill, and the law firm of Schonekas, Evan, McGoey, & McEachin, L.L.C. are hereby enrolled as counsel for Respondents MMA, PLLC (formerly known as McClenny Moseley & Associates, PLLC) and J. Zachary Moseley in the above-captioned matter.

THUS DONE AND SIGNED in Chambers this 22nd day of September, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE
