UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: MCCLENNY MOSELEY & ASSOCIATES P L L C        CASE NO. 3:23-MC-00062

                                                    JUDGE JAMES D. CAIN, JR.

## ORDER

Considering the record of misconduct established repeatedly in this court, including the repeated delays that resulted in the disbursement of Mr. Sonnier's settlement funds, as established at the hearing held on August 8, 2023, the undersigned hereby **AFFIRMS** that neither Zach Moseley nor McClenny, Moseley & Associates PLLC is entitled to any withholding of attorney fees from the settlement check owed to Aaron Sonnier from his Hurricane Laura suit against Safeco Insurance Company.

**THUS DONE AND SIGNED** in Chambers on the 26th day of September, 2023.

*[Signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**