UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: MCCLENNY MOSELEY & ASSOCIATES PLLC | * * * | CASE NO.: 3:23-MC-00062 |
| | * | JUDGE JAMES D. CAIN, JR. |

\* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Equal Access Justice Fund, LP ("EAJF") and EAJF ESQ Fund LP ("ESQ") (together, the "Lenders") provide this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the district court's final, appealable order entered on September 19, 2023. Rec. Doc. 43. That order denied the Lenders' motion to intervene under Fed. R. Civ. P. 24(a) and, alternatively, 24(b). *Id.*; *see also* Rec. Doc. 39.

The district court's September 19, 2023 order is appealable because the court denied a motion to intervene as of right. *E.g.*, *Woolen v. Sutran Taxicabs, Inc.*, 684 F.2d 324, 330 (5th Cir. 1982) ("The law of this Circuit is clear that the denial of a motion to intervene of right under Rule 24(a) is appealable.").

The Federal Rules of Appellate Procedure dictate that a notice of appeal be filed within 30 days of the entry of judgment. Fed. R. App. P. 4(1)(A). This notice is timely filed within 30 days of September 19, 2023.

Additionally, the Lenders appeal all adverse rulings and orders merging into the September 19, 2023 judgment, including without limitation Rec. Doc. 37.

Respectfully submitted,

*/s/ Thomas M. Flanagan*
Thomas M. Flanagan (#19569)
Anders F. Holmgren (#34597)
Alixe L. Duplechain (#39167)

1

FLANAGAN PARTNERS LLP
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170
Telephone: (504) 569 0235
Facsimile: (504) 592 0251
tflanagan@flanaganpartners.com
aholmgren@flanaganpartners.com
aduplechain@flanaganpartners.com

Brian W. Zimmerman (*pro hac vice application forthcoming*)
Texas Bar No. 00788746
bzimmerman@spencerfane.com
Frederick T. Johnson (*pro hac vice application forthcoming*)
Texas Bar No. 00785429
fjohnson@spencerfane.com
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056
Telephone: 713-552-1234
Facsimile: 713-963-0859

*Attorneys for intervenors, Equal Access Justice Fund, LP and EAJF ESQ Fund LP*

2