UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MCCLENNY MOSELEY & ASSOCIATES PLLC | CASE NO. 3:23-MC-00062<br><br>JUDGE JAMES D. CAIN, JR. |

## MOTION FOR RELEASE OF FUNDS

**NOW INTO COURT**, through undersigned counsel, comes Movant, Ryan Foreman, who moves this Court to instruct State Farm Fire and Casualty Insurance Company (hereinafter "State Farm") that proceeds of the settlement in Movant's claim, which is referenced in the instant case, exclude the law firm of McClenny, Moseley & Associates (hereinafter "MMA") as a payee for the following reasons.

On August 22, 2023, this Honorable Court entered an Order (Document # 37) that "MMA and related parties have no property interest/ownership in the proceeds of any cases pending in this Court including the attached cases in Exhibit A." Exhibit A included a State Farm settlement check for Movant, Ryan Foreman, in the amount of $100,000.00, check number 122008246J (See Document #37-1 page 5 of 6). Movant's claim with State Farm was settled in 2022 and MMA never processed the final settlement check. On April 2, 2023, Movant hired Morris Bart, LLC to pursue recovery of the settlement in light of the issues related to MMA. Movant's attorney immediately contacted State Farm to reissue the check without MMA as a payee and add Morris Bart, LLC as a payee. State Farm re-issued the check on April 10, 2023 but shortly thereafter put a stop pay on the check and refused to communicate further with Movant's attorney. Movant's attorney contacted DeRouen Law Firm in an effort to communicate with State Farm. Despite months of back and forth with DeRouen Law Firm in addition to providing the Order from this

Court, State Farm will not re-issue the check without MMA listed as a payee.  To date, the law firm of McClenny, Moseley & Associates has not made any claim or attempted to enforce any lien for attorneys' fees against movant's recovery in this case, and has not filed any such notice or petition for intervention in the record of the Court.

Accordingly, Movant seeks an Order from this Honorable Court, instructing State Farm that the proceeds of the settlement in the instant case NOT include the law firm McClenny Moseley & Associates as a payee.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA  70130
TELEPHONE:  (504) 525-8000
FACSIMILE:  (866) 469-1595

BY:   /S/ C. PAIGE PATRIARCA
C. PAIGE PATRIARCA, NO. LA33310
PPATRIARCA@MORRISBART.COM
ATTORNEY FOR MOVANT

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will deliver a true and accurate copy of the same to all counsel of record this 14th day of December 2023. Additionally, I hereby certify that I have on 14th day of December 2023, served a copy of the foregoing on an attorney for State Farm Fire and Casualty Company via the Derouen Law Firm, by placing same in the U.S. Mail, property addressed and postage prepaid and/or sending via facsimile, electronic mail, or hand delivery.

/s/ C. PAIGE PATRIARCA
C. PAIGE PATRIARCA